UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

_LAW VARIETY NOTICE_  _LEGAL IN PROTEST_

2022 MAY 17 AM 9:34

DEPUTY CLERK MS

Cheryl Sherry Ann MARTIN
Plaintiff

v.    USA GOV
Trump Democrats Republicans
Defendant

Case Number: 3:17-cv-00992-L-BT

JUDGE REBECCA RUTHERFORD

Cheryl Sherry Ann Martin will take the shade of Federal Trade, in 2016 extortion of her, I demand to require is extortion legal action of any variety before the ask 400.00 in legal fee due 20 mm u hit request. I have no belief need law in all variety to come to me in person, on this illegal behavior.

* Attach additional pages as needed.

Date: 5/17/22
Signature: Chy/Mar
Print Name: Cheryl Ann Martin
Address: Homeless in under God, I'm a servant
City, State, Zip:
Telephone: 817-833-4012