IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHERYL SHERRY ANN MARTIN,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action Nos.: | |
| § | **3:22-CV-1103-L-BT** | |
| § | **3:22-CV-1104-L-BT** | |
| **TRUMPDEMOCRATSREPUBLICANS,** § | **3:22-CV-1113-L-BT** | |
| *et al.,* § | **3:22-CV-1114-L-BT** | |
| § | **3:22-CV-1115-L-BT** | |
| Defendants. § | | |

# ORDER

On June 24, 2022, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") was entered in the above referenced related cases, recommending that the court dismiss without prejudice these actions for lack of subject matter jurisdiction based on a federal question or diversity of citizenship. The Report further recommends that the court bar *pro se* Plaintiff Cheryl Sherry Ann Martin from filing future cases *in forma pauperis* in the Northern District of Texas. In addition, the Report states that Plaintiff has failed to comply with a court order. No objections to the Report were filed, and the deadline for asserting objections has expired.

Having considered the pleadings, the file, Report, and record in this case, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** these actions for lack of subject matter jurisdiction and **bars** *pro se* Plaintiff Cheryl Sherry Ann Martin from filing future cases *in forma pauperis* in the Northern District of Texas. Any cases filed by Plaintiff in which she seeks to proceed *in forma pauperis* **shall** be automatically terminated by the clerk of the court pursuant to this order. The clerk of the court **shall** file a copy of this order in all of the above-referenced cases.

**Order – Page 1**

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **accepts and incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). Based on the Report, the court finds that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *See Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). Plaintiff, however, may challenge this finding pursuant to *Baugh v. Taylor*, 117 F. 3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, United States Court of Appeals for the Fifth Circuit, within 30 days of this order.

**It is so ordered** this 15th day of July, 2022.

Sam A. Lindsay
United States District Judge